UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYRELL G. ROSS, KURTUS A. ROSS, CHAD D. ROSS, DAVID T. ROSS, AND KIMBERLY K. MICHAEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROSS ISLAND SAND & GRAVEL CO., an Oregon Corporation, <br><br> Defendant. | No. CV-04-3027-FVS <br><br> **ORDER** |

On October 8, 2004, the Court heard oral argument on the Plaintiffs' motion for partial summary judgment. Thereafter, the Court entered an Order, Ct. Rec. 40, which denied in part Plaintiffs' motion and reserved ruling on one issue pending clarification from the Arbitrator. The Court has reviewed the Arbitrator's letter, the related pleadings, and the entire filed and is fully advised. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Partial Summary Judgment, **Ct. Rec. 16,** is **DENIED.**

2. Defendant's Motion to Dismiss, **Ct. Rec. 3,** is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this <u>12th</u> day of September, 2005.

                    s/ Fred Van Sickle
                    FRED VAN SICKLE
              UNITED STATES DISTRICT JUDGE

ORDER - 1